**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ROBERT SUMMERALL,

     Plaintiff,

vs.

285 WEST SOUL FOOD RESTAURANT,
INC., et al.,

     Defendants.

CIVIL ACTION FILE

NO. 1:15-cv-1490-LMM

## DEFAULT  JUDGMENT

  The defendants 285 West Soul Food Restaurant, Inc. and Juaneta Cooper, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Leigh Martin May, United States District Judge, by order entered October 1, 2015, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

  ORDERED AND ADJUDGED, that the plaintiff Robert Summerall, recover from the defendants 285 West Soul Food Restaurant, Inc. and Juaneta Cooper, $21,129.52 in unpaid overtime; $21,129.52 in liquidated damages resulting from Defendants' violation of the FLSA's overtime provisions; $145.00 in unpaid minimum wage; $145.00 in liquidated damages resulting from Defendants' violation of the FLSA's minimum wage provisions; $1,371.71 in retaliation damages; $1,371.71 in liquidated damages resulting from Defendants' violation of the FLSA's retaliation provisions; and $6,087.75 in attorney's fees and court costs, for a total amount of $51,380.21 to be recovered.

  Dated at Atlanta, Georgia this 1st day of October, 2015.

          JAMES N. HATTEN
          CLERK OF COURT

     By:  s/ Denise D.M. McGoldrick
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    October 1, 2015
James N. Hatten
Clerk of Court


By: s/ Denise D.M. McGoldrick
        Deputy Clerk